**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DANIEL E. ELWELL,<br><br>      Petitioner,<br><br>    v.<br><br>SCOTT FRAKES,<br><br>      Respondent. | NO. C08-1084-RSL-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER<br>(Proposed) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to October 24, 2008 to file an answer to the petition for a writ of habeas corpus is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this 10th day of October, 2008.

                                                    s/ Mary Alice Theiler
                                                    United States Magistrate Judge

Presented by:
ROBERT M. MCKENNA
Attorney General


/s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General